UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK    18 Civ. 0313 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/19

EVERGREEN LINE JOINT SERVICE AGREEMENT, etc.,

      Plaintiff,

v.

US DYNAMICS RECYCLING LLC,

      Defendant.

ORDER OF VOLUNTARY DISMISSAL

Upon the attached declaration of Joseph De May, Jr., attorney for plaintiff, this case is dismissed without costs to either party.

Dated:   New York, NY, March 18, 2019

_____
U.S.D.J.

## DECLARATION

JOSEPH De MAY, JR. declares under penalty of perjury that the following statement is true and correct:

1. I am an attorney at law admitted to practice before this Court, and a member of the firm of Cichanowicz Callan Keane & De May, LLP, attorneys for plaintiff.

2. This case has been settled and the settlement consummated.

3. A copy of this Order & Declaration was emailed to Naeem Baig, a member of the defendant, LLC, who has consented to its entry. *See attached email.*

Dated:   Kew Gardens, NY, March 18, 2019

_____
JOSEPH De MAY, JR.

1